IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ANNA HOLDINGS, INC., *et al.*,[1] | ) ) | Case No. 19-12551 (CSS) |
| Debtors. | ) ) ) | (Joint Administration Requested) |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR DECEMBER 3, 2019, AT 1:00 P.M. (PREVAILING EASTERN TIME)[2]**

Date and Time of Hearing:   Tuesday, December 3, 2019, at 1:00 p.m. (prevailing Eastern Time)

Location of Hearing:   The Honorable Judge Christopher S. Sontchi, Chief Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' proposed notice and claims agent, Prime Clerk, at https://cases.primeclerk.com/Acosta. Further information may be obtained by calling Prime Clerk at: 877-433-8808 (toll-free; domestic) or 917-994-8388 (international) or emailing at Acostainfo@primeclerk.com.

**This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court. The status of each is set forth below.**

1.  Voluntary Chapter 11 Petitions

    A.   Anna Holdings, Inc.
    B.   AC Holdings, Inc.
    C.   Acosta Frontline, LLC

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been requested, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/Acosta. The location of the Debtors' service address for purposes of these chapter 11 cases is: 6600 Corporate Center Parkway, Jacksonville, Florida 32216.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

    D.     Acosta Military International, Inc.
    E.     Acosta Military Sales, LLC
    F.     Acosta Services, Inc.
    G.     Acosta Subsidiary Holdings, Inc.
    H.     Acosta UK Holdings, LLC
    I.     Acosta, Inc.
    J.     ActionLink Services, LLC
    K.     ADW Acosta, LLC
    L.     ADW UK, LLC
    M.     AMG Marketing Services, LLC
    N.     Anna Acquisition Company, Inc.
    O.     Mosaic Canada Holdings Inc.
    P.     Mosaic Employee Holdco, LLC
    Q.     Mosaic Parent Holdings Inc.
    R.     Mosaic Sales Solutions US Operating Co., LLC
    S.     The Vine Direct Agency, LLC
    T.     Vine Parent Holdings, LLC

2. **First Day Declaration.** *Declaration of Matthew Laurie, Interim Chief Financial Officer of the Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 8]

    Status:    The Declaration will be relied upon as evidentiary support for the first day matters listed below.

MATTERS GOING FORWARD:

3. **Joint Administration Motion.** *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 3]

    Status:    This matter is going forward.

4. **DIP Financing Motion.** *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Obtain Postpetition Financing and (II) Utilize Cash Collateral, (B) Granting Liens and Superpriority Administrative Expense Claims, (C) Granting Adequate Protection, (D) Modifying the Automatic Stay, (E) Scheduling a Final Hearing, and (F) Granting Related Relief* [Docket No. 9]

Related Documents:

    A    *Declaration of Paul Sheaffer in Support of the Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Obtain Postpetition Financing and (II) Utilize Cash Collateral, (B) Granting Liens and Superpriority Administrative Expense Claims, (C) Granting Adequate Protection, (D) Modifying the Automatic Stay, (E) Scheduling a Final Hearing, and (F) Granting Related Relief* [Docket No. 10]

2

   Status: This matter is going forward with respect to an interim order.

5. **Prime Clerk 156(c) Retention Application.** *Debtors' Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent* [Docket No. 12]

   Status: This matter is going forward.

6. **Cash Management Motion.** *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Continue to Operate Their Cash Management System, (II) Maintain Existing Business Forms and Books and Records, and (III) Perform Intercompany Transactions and Granting Administrative Expense Status to Intercompany Payments and (B) Granting Related Relief* [Docket No. 13]

   Status: This matter is going forward with respect to an interim order.

7. **Wages Motion.** *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Pay Prepetition Wages, Compensation, and Benefit Obligations and (II) Continue Employee Compensation and Benefit Programs and (B) Granting Related Relief* [Docket No. 14]

   Status: This matter is going forward with respect to an interim order.

8. **Customer Programs Motion.** *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Honor Certain Prepetition Obligations to Customers and (II) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business and (B) Granting Related Relief* [Docket No. 15]

   Status: This matter is going forward with respect to an interim order.

9. **All Trade Motion**. *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay Accounts Payable Claims in the Ordinary Course of Business and (B) Granting Related Relief* [Docket No. 16]

   Status: This matter is going forward with respect to an interim order.

10. **Utilities Motion.** *Debtors' Motion for Entry of Interim and Final Orders (A) (I) Approving the Debtors' Proposed Adequate Assurance Payment for Future Utility Services, (II) Approving the Debtors Proposed Procedures for Resolving Additional Adequate Assurance Requests, (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (IV) Authorizing Fee Payments to the Debtors Third-Party Utility Service Vendor and (B) Granting Related Relief* [Docket No. 17]

   Status: This matter is going forward with respect to an interim order.

11. **Insurance Motion.** *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to (I) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto and (II) Renew, Supplement or Purchase Insurance Policies and (B) Granting Related Relief* [Docket No. 18]

    Status:    This matter is going forward with respect to an interim order.

12. **Taxes Motion.** *Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Payment of Certain Prepetition Taxes and Fees and (B) Granting Related Relief* [Docket No. 19]

    Status:    This matter is going forward with respect to an interim order.

13. **NOL Motion.** *Debtors' Motion for Entry of Interim and Final Orders (A) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness With Respect to Common Stock and (B) Granting Related Relief* [Docket No. 20]

    Status:    This matter is going forward with respect to an interim order.

14. **Creditor Matrix Motion.** *Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to (I) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (III) Redact Certain Personally Identifiable Information For Individual Creditors, (B) Approving the Form and Manner of Notifying Creditors of Commencement, and (C) Granting Related Relief* [[Docket No. 21]

    Status:    This matter is going forward.

MATTERS GOING FORWARD FOR SCHEDULING PURPOSES:

15. **Chapter 11 Plan.** *Debtors' First Amended Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 4]

    Status:    This matter is going forward for scheduling purposes only.

16. **Disclosure Statement.** *Disclosure Statement for the Debtors' First Amended Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 5]

    Status:    This matter is going forward for scheduling purposes only.

17. **Notice Regarding Amended Chapter 11 Plan.** *Notice of Filing of the Debtors' First Amended Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 6]

    Status:    This matter is going forward for scheduling purposes only.

18. **Notice Regarding Disclosure Statement.** *Notice of Filing of the Disclosure Statement for the Debtors' First Amended Joint Prepackaged Chapter 11 Plan of Reorganization* [Docket No. 7]

    <u>Status</u>:    This matter is going forward for scheduling purposes only.

19. **Combined Disclosure Statement and Plan Confirmation Motion**. *Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Approving the Solicitation Procedures and Dates, Deadlines, and Notices Related Thereto, (III) Approving the Equity Rights Offering Procedures and Related Materials, (IV) Directing that a Meeting of Creditors Not Be Convened, (V) Waiving the Requirement of Filing Statements of Financial Affairs and Schedules of Assets and Liabilities, and (VI) Granting Related Relief* [Docket No. 11]

    <u>Status</u>:    This matter is going forward for scheduling purposes only.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: December 2, 2019<br>Wilmington, Delaware | /s/ *Michael W. Yurkewicz* |

Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Sally E. Veghte (DE Bar No. 4762)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189

- and -

Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Christopher T. Greco, P.C. (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Ave
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

- and -

Spencer A. Winters (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Proposed Co-Counsel to the Debtors and Debtors in Possession*