IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ANNA HOLDINGS, INC., *et al.*,[1] | ) | Case No. 19-12551 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED** NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON DECEMBER 16, 2019 AT 1:00 P.M. (PREVAILING EASTERN TIME)[2]

1.    Debtors' Second Amended Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 111; Filed 12/3/2019]

Related Documents:

A.    Debtors' First Amended Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 4; Filed 12/1/2019]

B.    Disclosure Statement for the Debtors' First Amended Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 5; Filed 12/1/2019]

C.    Notice of Filing of the Debtors' First Amended Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 6; Filed 12/1/2019]

D.    Notice of Filing of the Disclosure Statement for the Debtors' First Amended Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 7; Filed 12/1/2019]

E.    Preliminary Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Debtors' First Amended Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 33; Filed 12/2/2019]

---

[1]    Due to the large number of Debtors in these chapter 11 cases, a complete list of the debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/Acosta. The location of the Debtors' service address is: 6600 Corporate Center Parkway, Jacksonville, Florida 32216.

[2]    Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

F.   Notice of Plan Supplement for the Debtors' First Amended Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 77; Filed 12/2/2019]

G.   Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Approving the Solicitation Procedures and Dates, Deadlines, and Notices Related Thereto, (III) Approving the Equity Rights Offering Procedures and Related Materials, (IV) Directing that a Meeting of Creditors Not Be Convened, (V) Waiving the Requirement of Filing Statements of Financial Affairs and Schedules of Assets and Liabilities, and (VI) Granting Related Relief [Docket No. 98; Filed 12/3/2019]

H.   Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Approving Debtors' Second Amended Joint Prepackaged Chapter 11 Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Court [Docket No. 130; Filed 12/10/2019]

I.   Notice of First Amended Plan Supplement for the Debtors' First Amended Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 136; Filed 12/11/2019]

**J.   Supplemental Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Debtors' First Amended Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 138; Filed 12/10/2019]**

Response Deadline:   December 12, 2019 at 10:00 a.m.

Responses Received:

A.   Smith County, Irving ISD, Dallas County, Harris County's Objection to Confirmation of Plan [Docket No. 125; Filed 12/9/2019]

**Status:   This matter is going forward.  The sole filed objection at Docket No. 125 has been resolved and the Debtors anticipate that it will be withdrawn prior to or at the hearing.  The Debtors received informal comments to the plan and proposed confirmation from the Office of the United States Trustee that have been resolved and which will be reflected in a revised proposed form of confirmation order that will be filed with the Court. This matter is going forward.**

2

Dated:  December 12, 2019
Wilmington, Delaware

/s/ *Domenic E. Pacitti*

Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Sally E. Veghte (DE Bar No. 4762)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:    (302) 426-1189

- and -

Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christopher T. Greco, P.C.  (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Ave
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

- and -

Spencer A. Winters (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

PHIL1 8566629v.1